IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSCAR GONZALEZ, JR,<br><br>    Defendant. | 4:CR<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)  The defendant shall appear at his revocation hearing scheduled for October 26, 2018 at 1:00 p.m. before the Honorable Laurie Smith Camp, in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)  The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

July 12, 2018.

                 BY THE COURT:

                 s/ Cheryl R. Zwart
                 United States Magistrate Judge